DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES SMITH,**
Appellant,

v.

**COUNTRYWIDE HOME LOAN SERVICING, LP, TERRELL SMITH, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INCORPORATED AS NOMINEE FOR COUNTRYWIDE FINANCIAL CORPORATION** and **SARACENO WEST COMMUNITY ASSOCIATION, INCORPORATED,**
Appellees.

No. 4D17-2642

[May 3, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE09011197.

Charles Smith, Plantation, pro se.

Shakiva Brown of Phelan Hallinan Diamond & Jones, PLLC, Fort Lauderdale, for Appellee Countrywide Home Loans Servicing L.P.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and TAYLOR, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***